(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Western District of New York | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gatti, Piero** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-6510** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**328 Fisher Road**<br>**Rochester, NY 14692** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Monroe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)**

| | |
|---|---|
| # Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gatti, Piero**      **FORM B1**, Page 2 |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Piero Gatti**
Signature of Debtor **Piero Gatti**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 14, 2005**
Date

**Signature of Attorney**

X    **/s/ David S. Stern**
Signature of Attorney for Debtor(s)
**David S. Stern**
Printed Name of Attorney for Debtor(s)
**Elliott, Stern & Calabrese, LLP**
Firm Name
**One East Main Street**
**Rochester, NY 14614**
Address
**585-232-4724  Fax: 585-232-6674**
Telephone Number
**October 14, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    **/s/ David S. Stern**      **October 14, 2005**
Signature of Attorney for Debtor(s)      Date
**David S. Stern**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6F
(12/03)

In re  **Piero Gatti**                                              ,    Case No. _____
                             Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx3023**<br><br>**Advanta**<br>**Welsh and McKean Roads**<br>**P.O. Box 844**<br>**Spring House, PA 19477** | X | - | **Business and General Purchases** | | | | 8,090.71 |
| Account No. **xxxx0009xxxx**<br><br>**Bank of America**<br>**P.O. Box 1597**<br>**Norfolk, VA 23501** | | - | **4/2000**<br>**General Consumer Purchases** | | | | 11,694.00 |
| Account No. **xxxx-xxxx-xxxx-2297**<br><br>**Bank One**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | X | - | **Business and General Purchases** | | | | 8,065.39 |
| Account No. **xxxx-xxxx-xxxx-5616**<br><br>**CBUSASEARS**<br>**13200 Smith Road**<br>**Cleveland, OH 44130** | | - | **2/1995**<br>**General Consumer Purchases** | | | | 11,264.95 |
| __3__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 39,115.05 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        S/N:30043-050825    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Piero Gatti** , Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1202** <br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19850** | | J | 8/2001<br>General Consumer Purchases | | | | 10,206.00 |
| Account No. **xxxx2001xxxx** <br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19850** | | - | 10/2002<br>General Consumer Purchases | | | | 6,645.00 |
| Account No. **xxxxxxxxxxxx8187** <br><br>**Discover Financial**<br>**P.O. Box 6011**<br>**Dover, DE 19903** | | - | 3/1999<br>Judgment | | | | 12,852.41 |
| Account No. **xxxx0021xxxx** <br><br>**Discover Financial**<br>**P.O. Box 6011**<br>**Dover, DE 19903** | | - | 5/1999<br>General Consumer Purchases | | | | 11,073.00 |
| Account No. **xxxx-xxxx-xxxx-7373** <br><br>**Fleet Credit Card Services**<br>**C/O Payment Processing**<br>**P.O. Box 15368**<br>**Wilmington, DE 19850** | X | - | Business and General Purchases | | | | 12,188.97 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **52,965.38**

Form B6F - Cont.
(12/03)

In re  **Piero Gatti**                                            ,   Case No. _____
                               Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0001**<br><br>**M&T Bank**<br>**16 West Main Street**<br>**Rochester, NY 14614** | | J | **2002**<br>**General Consumer Purchases** | | | | 11,726.72 |
| Account No. **xxxxxxxxxxxxxx/4267**<br><br>**M&T Bank**<br>**16 West Main Street**<br>**Rochester, NY 14614** | X | - | **Business and General Purchases** | | | | 4,353.44 |
| Account No. **xxxx-xxxx-xxxx-4259**<br><br>**M&T Bank**<br>**16 West Main Street**<br>**Rochester, NY 14614** | X | - | **Business and General Purchases** | | | | 5,467.58 |
| Account No. **xxxx-xxxx-xxxx-6031**<br><br>**M&T Bank**<br>**16 West Main Street**<br>**Rochester, NY 14614** | X | - | **Business and General Purchases** | | | | 6,691.47 |
| Account No. **xxxx**<br><br>**MBNA America**<br>**P.O Box 15136**<br>**Wilmington, DE 19886** | | - | **12/2000**<br>**Judgment** | | | | 21,364.00 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  49,603.21

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

In re **Piero Gatti**, Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx**<br><br>**MBNA America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886** | - | | **3/1995**<br>**General Consumer Purchases** | | | | 13,864.00 |
| Account No. **xxxx-xxxx-xxxx-5209**<br><br>**US Bank Corp**<br>**800 Nicollete Mall**<br>**Minneapolis, MN 55402** | - | | **1/1994**<br>**General Consumer Purchases** | | | | 10,771.39 |
| Account No. **xx7169xxxx**<br><br>**Washington Mutual**<br>**P.O. Box 830021**<br>**Baltimore, MD 21283** | - | | **3/2005**<br>**General Consumer Purchases** | | | | 1,627.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **26,262.39**

Total (Report on Summary of Schedules): **167,946.03**

# United States Bankruptcy Court
**Western District of New York**

In re **Piero Gatti**  
Debtor(s)

Case No. _____  
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **790.00** |
   | Prior to the filing of this statement I have received | $ **790.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **October 14, 2005**

**/s/ David S. Stern**  
**David S. Stern**  
**Elliott, Stern & Calabrese, LLP**  
**One East Main Street**  
**Rochester, NY 14614**  
**585-232-4724  Fax: 585-232-6674**

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

Advanta
Welsh and McKean Roads
P.O. Box 844
Spring House, PA 19477


Bank of America
P.O. Box 1597
Norfolk, VA 23501


Bank One
P.O. Box 15153
Wilmington, DE 19886


CBUSASEARS
13200 Smith Road
Cleveland, OH 44130


Chase
P.O. Box 15153
Wilmington, DE 19850


David Cohen, Esq.
Cohen & Slomowitz, LLP
P.O. Box 9004
Woodbury, NY 11797


Discover Financial
P.O. Box 6011
Dover, DE 19903


Elan Financial Service
225 West Station Square Drive
Suite 620
Pittsburgh, PA 15219


Fleet Credit Card Services
C/O Payment Processing
P.O. Box 15368
Wilmington, DE 19850


M&T Bank
16 West Main Street
Rochester, NY 14614

MBNA America
P.O Box 15136
Wilmington, DE 19886


MBNA America
P.O. Box 15102
Wilmington, DE 19886


Perry Glassman
7th Floor
325 Chestnut Street
Philadelphia, PA 19106


Providian
P.O. Box 9007
Pleasanton, CA 94566


US Bank Corp
800 Nicollete Mall
Minneapolis, MN 55402


Washington Mutual
P.O. Box 830021
Baltimore, MD 21283


Wolpoff & Abramson, LLP
300 Cana View Blvd.
3rd Floor
Rochester, NY 14623